without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83-5796. CROWE *v.* GEORGIA. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 6, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co., ante,* p. 928, we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis*.

No. 83-5755. IN RE TARKOWSKI. Petition for writ of mandamus denied.

No. 83-747. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY *v.* JOHNSON ET AL. C. A. D. C. Cir. Certiorari granted.

No. 83-838. UNITED STATES *v.* LORENZETTI. C. A. 3d Cir. Certiorari granted.

No. 83-850. UNITED STATES *v.* KARO ET AL. C. A. 10th Cir. Certiorari granted.

No. 82-1938. CALIFORNIA ET AL. *v.* STANDARD OIL COMPANY OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 82-6765. UNTERTHINER *v.* DESERT HOSPITAL DISTRICT OF PALM SPRINGS. Sup. Ct. Cal. Certiorari denied.

No. 83-414. GRIGGS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.